AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

EMPLOYERS MUTUAL CASUALTY COMPANY
V.
SUMMERLIN CONSTRUCTION CO., INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-00322-WHA

TO: (Name and address of Defendant)

Sterling Hudson
5806 Tiger Lily Circle
Montgomery, Alabama 36116-6532

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James A. Kee, Jr.
Cynthia A. Martin
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 220
Birmingham, AL 35243

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                                 April 16, 2007

CLERK                                                                                      DATE

(By) DEPUTY CLERK

✈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date                Signature of Server

            _____
            Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 2:07cv322-WHA |
| Certified Fee | | 4/16/07 |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sterling Hudson
5806 Tiger Lily Circle
Montgomery, Alabama 36116-6532

7004 1350 0001 0763 5512

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

EMPLOYERS MUTUAL CASUALTY COMPANY
V.
SUMMERLIN CONSTRUCTION CO., INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-00322-WHA

TO: (Name and address of Defendant)

Summerlin Construction Co., Inc.
c/o Larry Summerlin
5900 Monticello Drive
Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James A. Kee, Jr.
Cynthia A. Martin
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 220
Birmingham, AL 35243

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                        April 16, 2007
CLERK                                                                     DATE

/s/ Donna M. Moorfleet
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                         *Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7003 0750 0001 0763 5529

Postage $    2:07cv322-WHA
Certified Fee    4-16-07
Return Reciept Fee    Postmark
(Endorsement Required)    Here
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $
Summerlin Construction Co., Inc.
C/O Larry Summerlin
5900 Monticello Drive
Montgomery, Alabama 36117

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ ALABAMA _____

EMPLOYERS MUTUAL CASUALTY
COMPANY
V.
SUMMERLIN CONSTRUCTION CO., INC.,
ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:07-cv-00322-WHA

TO: (Name and address of Defendant)

Cheri Hudson
5806 Tiger Lily Circle
Montgomery, Alabama 36116-6532

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James A. Kee, Jr.
Cynthia A. Martin
KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 220
Birmingham, AL 35243

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                                 April 16, 2007
CLERK                                                                                    DATE

(BY) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                      *Signature of Server*

                                      _____
                                      *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 2:07cv322-WHA |
| Certified Fee | | 4-16-07 |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Cheri Hudson
5806 Tiger Lily Circle
Montgomery, Alabama 36116-6532

7004 1350 0001 0763 5536

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.