Endorser

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cheri Hudson
5806 Tiger Lily Circle
Montgomery, Alabama  36116-6532

2:07CV322-WHA   Cmp/sm 20 days

2. Article Number (Transfer from service label)
7004 1350 0001 0763 5536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Renee North
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Renee North

C. Date of Delivery
4-17-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Employees

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sterling Hudson
5806 Tiger Lily Circle
Montgomery, Alabama  36116-6532

2:07cv322WHA  (Cmp/sms 20 days)

2. Article Number (Transfer from service label)
7004 1350 0001 0763 5512

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Renee North
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Renee North

C. Date of Delivery
4-17-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540