Employers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Summerlin Construction Co., Inc.
C/O Larry Summerlin
5900 Monticello Drive
Montgomery, Alabama 36117

2:07CV322-WHA (cmplsm 20 dup)

2. Article Number
(Transfer from service label)  7004 1350 0001 0763 5529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Sam Merlin                    4/19/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540