IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company incorporated in the State of Iowa; | ) ) ) |
| | )     CIVIL ACTION NUMBER |
|     Plaintiff, | ) |
| | )     CV 2:07-CV-00322-WHA |
| V. | ) |
| | ) |
| SUMMERLIN CONSTRUCTION CO., INC., STERLING HUDSON and CHERI HUDSON. | ) ) ) |
| | ) |
|     Defendants. | ) |

EMCC'S CORPORATE DISCLOSURE STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for:

<u>Employers Mutual Casualty Company</u>

in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

       EMASCO Insurance Company, Illinois EMASCO Insurance Company, Dakota Fire Insurance Company, EMC Reinsurance Company, Farm and City Insurance Company, EMC Underwriters, LLC, EMC Risk Services, EMC Property and Casualty Company, EMC National Life Company, Hamilton Mutual Insurance Company

Done this the 7th day of May, 2007.

1

        /s/ Cynthia A. Martin AS-2044-i49c
        Attorney for Employers Mutual Casualty Company

OF COUNSEL:

KEE & SELBY, L.L.P.
1900 International Park Drive
Suite 220
Birmingham, Alabama 35243
(205)968-9900 (phone)
(205)968-9909 (fax)