IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company incorporated in the State of Iowa; | )<br>)<br>) |
| Plaintiff, | )  CIVIL ACTION NUMBER<br>)<br>)  CV 2:07 CV 322-WHA |
| V. | )<br>) |
| SUMMERLIN CONSTRUCTION CO., INC., STERLING HUDSON and CHERI HUDSON. | )<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION TO STAY ACTION

Plaintiff, Employers Mutual Casualty Company ("EMCC") and Defendant Summerlin Construction Company, Inc., by and through their undersigned counsel, hereby jointly request the Court Stay this action and suspend any and all deadlines currently pending for 180 days. In support of said motion the parties jointly state as follows:

1. This action is a declaratory judgment action wherein EMCC is seeking a determination of rights regarding Commercial General Liability Policy Number 2D0-78-03–06 issued to Defendant Summerlin Construction Company, Inc. arising out of an action in the Circuit Court of Montgomery County, styled, Sterling and Cheri

        Hudson v. Summerlin Construction, et al, docket number CV 06-3225 ("the underlying action").

2. The underlying action was recently dismissed without prejudice due to an arbitration agreement.

3. The claim giving rise to the underlying action is still active.

4. Sterling and Cheri Hudson, the plaintiffs in the previous underlying action, may pursue their claim in an arbitration forum.

5. The parties are requesting that the Court Stay this action until the underlying claim is filed in the arbitration forum or formally dismissed with prejudice.

6. The parties are requesting that the Court suspend any and all deadlines currently pending.

7. If the Court so desires, EMC will provide periodic status reports to the Court regarding the filing of the arbitration claim and/or formal dismissal with prejudice.

Wherefore the parties jointly request this Honorable Court Stay this action and suspend any and all deadlines currently pending for 180 days.

        /s/James A. Kee, Jr. ASB-4314-e68j
        /s/Cynthia A. Martin ASB-2044-i49c
        Attorneys for Plaintiff Employers Mutual Casualty Company

OF COUNSEL:
KEE & SELBY, L.L.P.
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205)968-9900 (phone)
(205)968-9909 (fax)

/s/ Donald R. Jones, Jr.
ASB-8900-067D
Attorney for Defendant Summerlin Construction Co., Inc.

OF COUNSEL:
Donald R. Jones, Jr., P.C.
2000 Interstate Park Drive
Suite 104
Montgomery, Alabama  36109
(334) 277-3939 (phone)
(334) 277-3772 (fax)