IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EMPLOYERS MUTUAL CASUALTY          )
COMPANY,                           )
                                   )
                Plaintiff,         )
                                   )
vs.                                )    CIVIL ACTION NO. 2:07-cv-322-WHA
                                   )
SUMMERLIN CONSTRUCTION CO., INC.,  )
et al.,                            )
                                   )
                Defendants.        )

## <u>ORDER</u>

Upon consideration of the Joint Motion to Stay Action (Doc. #8), filed by the parties on

May 24, 2007, and for good cause shown, the motion is GRANTED, and it is hereby ORDERED

as follows:

1.  This case is STAYED, and all pending deadlines suspended, **until November 26,
2007**.

2.  If this matter has not been disposed of before that time, the parties shall file a joint

status report **on November 26, 2007**.

DONE this 24th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE