IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:07cv322-WHA ) |
| SUMMERLIN CONSTRUCTION CO., INC., et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Status Report (Doc. #10), filed by the Plaintiff on November 26, 2007, it is hereby

ORDERED that this action is STAYED for 60 days from this date to allow settlement to be concluded. The parties are DIRECTED to file a Stipulation for Dismissal in this case as soon as settlement has been concluded. If settlement has not been concluded within the time of this stay, the parties are DIRECTED to file a status report at that time.

DONE this 28th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE