IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:07cv322-WHA ) |
| SUMMERLIN CONSTRUCTION CO., INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On November 28, 2007, the court granted the Plaintiff's motion to stay this case for 60 days to allow settlement to be concluded, and directed the parties to file a status report at the end of 60 days if settlement had not been concluded (Doc. #11). No status report has been filed, and the court interprets the lack of filing to mean that the case has been settled. Therefore, it is hereby

ORDERED that this case will be dismissed with prejudice on February 4, 2008, unless good cause is shown to do otherwise.

DONE this 31st day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE